**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JERMAINE GAMBLE,                    :
                                                          Civil Action No. 09-3949 (NLH)
                      Petitioner,        :

                      v.                     :     **ORDER**

WARDEN PAUL SCHULTZ,                :

                      Respondent.     :     **CLOSED**


    For the reasons set forth in the Opinion filed herewith,

IT IS on this ___24th___ day of ___August_____, 2009,

    ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for

failure to exhaust administrative remedies; and it is further

    ORDERED that the Clerk of the Court shall close the Court's

file in this matter.



At Camden, New Jersey              ___/s/ NOEL L. HILLMAN_____
                                   Noel L. Hillman
                                   United States District Judge